FILED
APR 27 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-CR-00371-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| vs. | |
| ARTURO PADILLA CALDERON, | |
| Defendant. | |

The above named defendant having been sentenced to Time Served on April 27, 2015.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: April 27, 2015

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1